IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MEREDITH & SONS LUMBER COMPANY, INC.
and COASTAL PRODUCTS PLUS, L.L.C.,
    Plaintiffs,

vs.                                      3:04cv283/RV/MD

WEYERHAESUER COMANY and
LOWE'S HOME CENTERS, INC.
    Respondents.

## O R D E R

      This cause is before the court upon defendant Weyerhauser's motion to compel (doc. 93) and plaintiffs' objections thereto. (Doc. 95). In the motion, defendant requests that the court compel plaintiffs to produce copies of their tax returns for the past five years, or in the alternative documents that would show overall earnings by category (i.e. ChoiceDek, lumber, tools, hardware, etc.) for the past five years. Plaintiffs object to producing the tax returns, but have agreed to compile and produce the other requested documents. Because the documents plaintiffs have offered to produce will contain the information sought by defendants without otherwise compromising plaintiffs' interest in the confidentiality of the tax returns, the plaintiffs will be permitted to make the alternate production. They shall do so within three (3) business days from the date of this order.

      Defendant also sought to compel plaintiffs to respond to the Second Request for Production, as said response was overdue. Plaintiffs' objection to the motion to compel failed to address this issue. Therefore, the motion to compel is granted and the plaintiffs shall respond to the Second Request for Production within three (3) business days from the date of this order.

Accordingly, it is ORDERED:

Defendant's motion to compel is denied in part and granted in part.

    1.  Defendant's request that plaintiffs be compelled to produce tax returns is DENIED as moot, as plaintiffs have agreed to produce alternative documents that would provide defendant with the same information as was sought through the tax returns.

    2.  Defendant's request to compel response to the Second Request for Production is GRANTED.

Plaintiffs shall produce the requested documents and serve their response to the Second Request for Production no later than three (3) business days from the date of this order.

DONE AND ORDERED this 5th day of July, 2005.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**