IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MEREDITH & SONS LUMBER COMPANY, INC.
and COASTAL PRODUCTS PLUS, L.L.C.

      Plaintiffs,

vs.                                           CASE NO:3:04CV283RV/M

WEYERHAEUSER COMPANY and
LOWE'S HOME CENTERS, INC.

      Defendants.
_____/

**ORDER ADOPTING THE TERMS OF THE PARTIES'
STIPULATED CONFIDENTIALITY AGREEMENT**

The parties having stipulated with respect to the production of certain documents by WEYERHAEUSER COMPANY and the Court having considered the Stipulated Confidentiality Agreement, it is

ORDERED AND ADJUDGED that the terms of the Stipulated Confidentiality Agreement shall govern the production of protected information by WEYERHAEUSER COMPANY.

DONE AND ORDERED this 23rd day of August, 2005.

                                          ROGER VINSON
                                          UNITED STATES DISTRICT JUDGE

COPIES TO:

ROBERT O. BEASLEY, ESQUIRE
J. BRUCE HARPER, ESQUIRE

F:\wpdocs\JS\w-clients\weyer\20876\O-AdoptingConfidentiality.wpd

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 AUG 23 AM 11: 37

FILED